IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>vs.<br><br>JUSTIN WAYNE BURNEY,<br><br>     Defendant. | 8:23CR26<br><br>ORDER |

Defendant has moved to continue the trial, (Filing No. 33), because Defendant needs to consider and decide whether to enter a guilty plea. The motion to continue is unopposed. The undersigned magistrate judge held a telephone conference with the attorneys regarding the motion. Based on the showing set forth in the motion, and the comments of counsel on the telephone conference, the court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1) Defendant's Motion to Continue, (Filing No. 33), is granted.

2) The trial of this case is continued pending further order of the court.

3) A telephonic conference with counsel will be held before the undersigned magistrate judge at 2:00 p.m. on November 28, 2023 to discuss setting any change of plea hearing or the date of the jury trial. Counsel for all parties shall use the conferencing instructions provided by the court to participate in the call.

4) In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and November 28, 2023**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

Dated this 27th day of October, 2023.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge