IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 8:23CR26 |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| JUSTIN WAYNE BURNEY, | ) | |
| | ) | |
| Defendant. | ) | |

    This matter is before the court on defendant's Unopposed Motion to Continue Trial [51]. While the motion references the parties' efforts toward a resolution of this matter short of trial, during the status conference held before the undersigned magistrate judge on April 30, 2024, the government stated it was unwilling to forego a statutory sentencing enhancement and the matter was scheduled for trial. Defendant's counsel stated that the matter will proceed to trial (perhaps preceded by a motion for a Rule 17.1 conference) or a request for change of plea hearing will be made. Under these circumstances, the court finds good cause for a continuance to allow defendant to decide how he wishes to proceed. Accordingly,

    **IT IS ORDERED** that the Unopposed Motion to Continue Trial [51] is granted, as follows:

1. The jury trial now set for May 14, 2024, is continued to **July 16, 2024.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and July 16, 2024**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

3. **No further continuances will be granted without requesting a hearing before the undersigned magistrate judge.**

**DATED: May 3, 2024.**

                                                        BY THE COURT:

                                                        s/ Michael D. Nelson
                                                        **United States Magistrate Judge**